UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
COLD SPRING HARBOR LABORATORY, :
:
                    Plaintiff, :    CIVIL ACTION NO. 11-cv-10128-RGS
:
          - against - :
:
ROPES & GRAY LLP and :
MATTHEW P. VINCENT, :
:
               Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT MATTHEW P. VINCENT'S MOTIONS TO DISMISS**

Pursuant to Federal Rule 12(b)(6), Defendant Matthew P. Vincent ("Vincent") respectfully moves for this Court to dismiss the Amended Complaint of Plaintiff Cold Spring Harbor Laboratory.

In further support of this motion, Vincent relies upon his Memorandum of Law In Support of His Motion to Dismiss, filed herewith.

WHEREFORE, Vincent respectfully requests that this Court allow his Motion to Dismiss, and dismiss the Plaintiff's Amended Complaint with prejudice.

00380866.DOC/

MATTHEW P. VINCENT

By his attorneys,

/s/ R. Victoria Fuller
Robert J. Muldoon, Jr. (BBO#359480)
rjmuldoon@sherin.com
Thomas W. Kirchofer (BBO #666798)
twkirchofer@sherin.com
R. Victoria Fuller (BBO #666494)
vfuller@sherin.com
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
617.646.2000

August 24, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 24th day of August, 2011.

        /s/ R. Victoria Fuller
        R. Victoria Fuller